# IN THE UNTIED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT J. DUDASH, et al** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SAXON MORTGAGE SERVICES, INC., et al** | : | **NO. 09-2584** |

## ORDER

**AND NOW**, this 3rd day of March, 2010, upon consideration of Defendant, Deutsche Bank Trust Company Americas', Motion to Dismiss Plaintiffs' First Amended Complaint, and the response filed in opposition, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 8) is **GRANTED**. All of Plaintiffs' claims are dismissed.

                                              **BY THE COURT:**

                                              **/s/ Mitchell S. Goldberg**
                                              _____
                                              **Mitchell S. Goldberg, J.**